| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Requir by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br>Manion, Daniel A | 2. Court or Organization<br>USCA-7 | 3. Date of Report<br>5/14/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time).<br>Article III | 5. Report Type (check appropriate ype)<br>○ Nomination  Date<br>● Initial  ⦿ Annual  ● Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>301 Grant Federal Building<br>204 S. Main Street<br>South Bend, IN 46601 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br>Reviewing Officer_____  Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see . 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED MAY 18 10 41 AM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Manion, Daniel A | 5/14/2005 |

V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Union League Club | Reduced rate signing privileges to federal judges; services & facility use charged | $60 |

VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A | 5/14/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Key Bank checking | A | Interest | K | T | | | | | |
| 2. AIM Asian Fund | | None | J | T | | | | | |
| 3. Gabelli Mutual Fund | B | Distribution | K | T | | | | | |
| 4. Templeton Foreign Fund | C | Distribution | M | T | | | | | |
| 5. Cambridge Advantaged Properties | | None | J | W | | | | | |
| 6. Key Bank Custodial Account Items 7-15 | | | | | | | | | |
| 7. Europacific Growth Fund F | A | Distribution | K | T | bought | 3-15 | K | | |
| 8. Goldman Sachs Small Cap Value Fund | C | Distribution | L | T | bought | 3-15 | K | | |
| 9. Hartford Capital Appreciation Fund | | None | L | T | bought | 3-29 | L | | |
| 10. Fort Wayne Schools Muni | A | Interest | | | redeemed | 1-15 | J | | |
| 11. Indiana Health Muni | A | Interest | J | T | | | | | |
| 12. AIM Developing Markets Fund | | None | J | T | | | | | |
| 13. First Financial Fund | C | Distribution | K | T | | | | | |
| 14. Victory Money Market Fund (Gradison Govt Reserves) | A | Distribution | M | T | | | | | |
| 15. Indiana Bd Bk Spl Muni Bond | A | Interest | | | redeemed | 2-2 | J | | |
| 16. Seligman Global Fund | | None | J | T | | | | | |
| 17. Janus Fund | | None | L | T | | | | | |
| 18. Fidelity Magellan Fund | A | Distribution | L | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,001-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $5,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)   U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (excluding trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Diamonds | | None | J | W | | | | | |
| 20. Keycorp common | E | Dividend | O | T | | | | | |
| 21. Victory Institutional | A | Distribution | K | T | | | | | |
| 22. IRAs -- Items 23-26 | | | | | | | | | |
| 23. Oppenheimer Fund | | None | J | T | | | | | |
| 24. Wachovia Money Market/Cash | A | Distribution | J | T | | | | | |
| 25. General Electric Co. | A | Dividend | K | T | | | | | |
| 26. PIMCO Growth Fund | | None | K | T | | | | | |
| 27. FICO Strips | | None | J | T | | | | | |
| 28. Cisco Systems | | None | J | T | | | | | |
| 29. Davis NY Venture Fund | A | Distribution | L | T | | | | | |
| 30. Franklin Balance Sheet | A | Distribution | K | T | | | | | |
| 31. AIM Constellation Fund | | None | J | T | | | | | |
| 32. FICO Strips | | None | J | T | | | | | |
| 33. Federal 401K plan | | None | M | T | | | | | invest 5% of salary monthly |
| 34. State of Indiana retirement | | None | J | T | | | | | |
| 35. 20/20 Fund (Jennison) | | None | J | T | | | | | |
| 36. Alliance Growth and Income Fund | A | Distribution | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001- 1,000,000 | H1 = $1,000,901-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D5) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $6,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A | 5/14/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Asset (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. | Northwestern Mutual Life Insur. | | None | M | T | | | | | |
| 38. | Unimproved real estate St. Joseph County, Indiana | | None | L | W | | | | | |
| 39. | 1/5 interest in unimproved real estate St. Joseph County, IN | A | Rent | L | W | | | | | |
| 40. | Baird Trust Account: Items 41-70 | | | | | | | | | |
| 41. | Amsouth Bancorporation | A | Dividend | K | T | bought | 7-22 | K | | |
| 42. | Automatic Data Processing | A | Dividend | K | T | | | | | |
| 43. | Biomet Inc. common | A | Dividend | K | T | | | | | |
| 44. | Computer Sciences Corp. common | | None | L | T | | | | | |
| 45. | Target Corp common | A | Dividend | L | T | | | | | |
| 46. | Federal National Mtg. Common | B | Dividend | L | T | | | | | |
| 47. | Illinois Tool Works common | A | Dividend | K | T | | | | | |
| 48. | Intel Corp common | A | Dividend | K | T | | | | | |
| 49. | Pfizer Inc. common | A | Dividend | K | T | | | | | |
| 50. | Johnson & Johnson | A | Dividend | K | T | | | | | |
| 51. | Proctor & Gamble common | A | Dividend | J | T | | | | | |
| 52. | Baird Muni Money Market (Dreyfus) | A | Distribution | K | T | | | | | |
| 53. | Fiserv Inc. | | None | L | T | | | | | |
| 54. | Home Depot common | A | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A | 5/14/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Patterson Dental | | None | M | T | | | | | |
| 56. Fastenal common | A | Dividend | M | T | | | | | |
| 57. Harley Davidson common | A | Dividend | L | T | | | | | |
| 58. Medtronic Inc. | A | Dividend | L | T | | | | | |
| 59. Zebra Tech Corp. | | None | M | T | | | | | |
| 60. McGraw-Hill common | A | Dividend | L | T | | | | | |
| 61. Sungard Data Systems | | None | K | T | | | | | |
| 62. Walgreen | A | Dividend | K | T | | | | | |
| 63. Alltel Corp | A | Dividend | K | T | | | | | |
| 64. Emerson Electric | A | Dividend | K | T | | | | | |
| 65. Avon Products | A | Dividend | K | T | bought | 12-14 | J | | |
| 66. Amgen Inc. | | None | K | T | bought | 6-7 | K | | |
| 67. American International Group | A | Dividend | J | T | | | | | |
| 68. Microsoft Corp | A | Dividend | J | T | bought | 12-30 | J | | |
| 69. General Electric | A | Dividend | K | T | | | | | |
| 70. South Trust | A | Dividend | | | sold | 7-22 | K | | |
| 71. Harris Corp | A | Dividend | K | T | | | | | |
| 72. McDonald Custodial Account: items 73-78 | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,901-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A | 5/14/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. BP PLC common | C | Dividend | M | T | | | | | |
| 74. General Electric | B | Dividend | L | T | | | | | |
| 75. Pfizer Inc. | C | Dividend | L | T | tran to Bair | 12-23 | K | | |
| 76. Proctor & Gamble | A | Dividend | L | T | | | | | |
| 77. SM Smucker | A | Dividend | J | T | | | | | |
| 78. Victory Prime Obligations Money Fund | A | Dividend | L | T | | | | | |
| 79. McDonald Custodial Accounts: Fidelity Adv. Dividend Growth | A | Distribution | J | T | | | | | |
| 80. Putnam Investments College Fund | | None | | | tr to AmFund | 1-20 | L | | |
| 81. Alliance College Bound Fund | | None | L | T | | | | | |
| 82. American Funds College America | | None | M | T | transfer | 1-20 | L | | |
| 83. Fidelity Spartan 500 Index Fund | A | Distribution | J | T | | | | | |
| 84. Fidelity Growth and Income Fund | A | Distribution | K | T | | | | | |
| 85. Vanguard 500 Index Fund | A | Distribution | K | T | | | | | |
| 86. South Bend Redevelopment Muni | A | Interest | J | T | | | | | |
| 87. Indianapolis LOC Pub Impt | | None | J | T | | | | | |
| 88. Indiana Devel. Fin. Auth. Educ. Muni | A | Interest | J | T | | | | | |
| 89. Evansville IN Redev. Auth. Lease | A | Interest | J | T | bought | 5-6 | J | | |
| 90. Alliance Bertstein Capital Reserve Money Fund | | None | J | T | bought | vario | J | | |

1. Income/Gain Codes:  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Manian, Daniel A | 5/14/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date __May 13, 2005__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544